# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SDNY Case No. _____ |
| Plaintiff-Applicant, v. | Bankruptcy Court Adv. Pro. No. 08-01789 (CGM) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Defendant. | (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Bankruptcy Court Adv. Pro. No. 12-01047 (CGM) |
| Plaintiff, v. | |
| KOCH INDUSTRIES, INC., as successor in interest of Koch Investment (UK) Company, | **NOTICE OF APPEAL** |
| Defendant. | |

**Part 1: Identify the Appellant (s)**

    1.    **Name(s) of appellants**: Koch Industries, Inc.

    2.    **Position of appellant(s) in the adversary proceeding that is the subject of this appeal**: Defendant

**Part 2: Identify the Subject of this Appeal**

    1.    **Describe the judgment, order or decree appealed from**:

        a.    Order Denying Koch Industries, Inc.'s Motion to Dismiss the Complaint (ECF No. 122) (the "Order") (attached as Exhibit A). The Order was based on the Memorandum Decisions Denying Defendant's Motion to Dismiss (ECF No. 118) (the "Decisions) (attached as Exhibit B).

    2.    **State the date on which the judgment, order or decree was entered**:

        a.    The order was entered on November 30, 2022 and the Decision was entered on November 21, 2022.

        b.    A stipulation and order extending Defendant's time to Appeal (ECF No. 124) was entered on December 6, 2022.

**Part 3: Identify the Other Parties to the Appeal**

    1.    **List the names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their attorneys**:

| Defendant-Appellant | Attorneys |
|---|---|
| Defendant Koch Industries, Inc. | Jonathan P. Guy<br>James W. Burke (admitted *pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street, N.W. |

|  | Washington, D.C. 20005<br>Telephone: (202) 339-8400<br>Facsimile: (202) 339-8500<br>Email: jguy@orrick.com;<br>jburke@orrick.com |
|---|---|

| **Plaintiff-Appellee** | **Attorneys** |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff | David J. Sheehan<br>Eric R. Fish<br>Marc E. Hirschfield<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>dsheehan@bakerlaw.com |

## Part 4: Optional Election to Have Appeal Heard by District Court

Not applicable in this District.

## Part 5: Signature

Dated: January 4, 2023

Respectfully submitted,

*/s/* Jonathan P. Guy
Jonathan P. Guy
James W. Burke (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.

2

Washington, D.C. 20005  
Telephone: (202) 339-8400  
Facsimile: (202) 339-8500  
Email: jguy@orrick.com;  
jburke@orrick.com

*Attorneys for Koch Industries, Inc.*

January 4, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Southern District of New York by using the CM/ECF system on January 4, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system and by U.S. mail.

                                             */s/* Jonathan P. Guy
                                             Jonathan P. Guy
                                             *Attorney for Koch Industries, Inc.*