# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In Re: Bernard L. Madoff Investment Securities LLC,

        Debtor.

-----------------------------------------------------------X

KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,

        Appellant,

    -against-

IRVING H. PICARD, TRUSTEE,

        Appellee.

-----------------------------------------------------------X

23 **CIVIL** 294 (VEC)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 9, 2023, Appellant's requests for direct appeal or interlocutory appeal of the Bankruptcy Court's decision are DENIED; accordingly, the case is closed.

**Dated:** New York, New York
       May 10, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**